**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**COLUMBIA DIVISION**

| | | |
|---|---|---|
| **VELMA REGINA JOHNSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **NO. 1:18-cv-00041** |
| | ) | |
| **ANDREW M. SAUL,** Commissioner Of | ) | **JUDGE CAMPBELL** |
| Social Security, | ) | **MAGISTRATE JUDGE HOLMES** |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 25), which was filed on July 19, 2019. Through the Report and Recommendation, the Magistrate Judge recommends that Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 22) be granted, and this case be remanded for further administrative proceedings. Although the Report advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

The Court has reviewed the Report and Recommendation and concludes that it should be adopted and approved. Accordingly, Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 22) is **GRANTED**, and this case is **REMANDED** to the Social Security Administration for further proceedings consistent with the Report and Recommendation.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE